UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **HELEN BAKER** | ) | **Case Number: 11-1411** |
|  | ) |  |
| **Plaintiff** | ) |  |
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| **PORTFOLIO RECOVERY ASSOCIATES, LLC** | ) |  |
|  | ) |  |
| **Defendant** | ) |  |
|  | ) |  |

## NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiff, Helen Baker, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above, without prejudice.

BY: /s/ Bruce K. Warren
      Bruce K. Warren, Esquire
      Attorney for Plaintiff
      Attorney I.D. #89677
      Warren & Vullings, LLP
      93 Old York Road
      Jenkintown, PA  19046
      215-745-9800